August 7, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

FOXLEY ARCHITECTURE, INC., Appellant

NO. 14-12-00251-CV                               V.

HELENA FCP, L.L.C., HHT-FCP LIMITED 4 AND FCP MANAGEMENT
COMPANY, L.L.C., Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on November 9, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order the parties to pay their own costs incurred in this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.